UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Lance Patrick Alexander and Terri Ann Alexander,<br>    Debtors, | Bankruptcy No. 17-21820-JAD<br><br>Chapter 13 |
| Lance Patrick Alexander and Terri Lynn Alexander,<br>    Movants, | |
| v. | Related to DD No. 142<br>Docket No. |
| Americredit Financial Services, PRA Receivables Management LLC, Peoples Natural Gas Company LLC, Plaza Home Mortgage, AT&T Mobility II LLC, Americredit Financial Services, Atlantic Credit & Finance, CACH LLC, Excela Health Medical Group, FrontLine Asset Strategies, LVNV Funding LLC, Latrobe Area Hospital, Mark Graytok, Onemain, Pennymac Loan Services LLC, Somerset Trust Company, Southwest Credit Systems, Square One Financial, Verizon, DSNB Macy's, West Penn Power, Ronda J. Winnecour, Chapter 13 Trustee,<br>    Respondents, | |

ORDER EMPLOYING SPECIAL COUNSEL

    AND NOW, this 4th day of August, 20 21, upon consideration of the *APPLICATION TO EMPLOY SPECIAL COUNSEL FOR THE DEBTOR*, it is ORDERED, ADJUDGED and DECREED as follows:

    1. The above referenced Application is hereby approved as of the date the Application was filed.

    2. *Motley Rice, LLC,* 28 Bridgeside Blvd., Mt. Pleasant, SC 29464, is hereby appointed as *Special Counsel* for the Estate/Debtor pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above referenced Motion/Application for the limited purpose of acting as attorney in connection with the interest of the Estate/Debtor in prosecuting a claim related to a defective medical device giving rise to the Debtor's claim for personal injury as referenced to in the foregoing Motion/Application, *provided however*, no settlement of any claim is to occur without prior Court Order after notice and hearing.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above- mentioned factors in granting approval by Court Order.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

8/4/2021

JEFFERY A. DELLER
United States Bankruptcy Judge

cc:  Debtor
     Counsel
     Office of the U.S. Trustee

FILED
8/4/21 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21820-JAD |
| Lance Patrick Alexander | Chapter 13 |
| Terri Ann Alexander | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Aug 04, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lance Patrick Alexander, Terri Ann Alexander, 114 Bouquet Street, Ligonier, PA 15658-1209 |
| sp | + | Motley Rice LLC, 28 Bridgeside Blvd, Mt. Pleasant, SC 29464-4375 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2021           Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | |
| | on behalf of Creditor Plaza Home Mortgage Inc. ecfmail@mwc-law.com |
| David A. Colecchia | |
| | on behalf of Joint Debtor Terri Ann Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| David A. Colecchia | |
| | on behalf of Debtor Lance Patrick Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Aug 04, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Jerome B. Blank
    on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

Lauren Moyer
    on behalf of Creditor Plaza Home Mortgage ecfmail@ecf.courtdrive.com

Maria Miksich
    on behalf of Creditor Pennymac Loan Services LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

TOTAL: 12