UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Lance Patrick Alexander and Terri Ann Alexander, Debtors, | Bankruptcy No. 17-21820-JAD Chapter 13 |
| Terri Lynn Alexander, Movant, | |
| v. | Related to DD No. 155 Docket No. |
| Americredit Financial Services, PRA Receivables Management LLC, Peoples Natural Gas Company LLC, Plaza Home Mortgage, AT&T Mobility II LLC, Americredit Financial Services, Atlantic Credit & Finance, CACH LLC, Excela Health Medical Group, FrontLine Asset Strategies, LVNV Funding LLC, Latrobe Area Hospital, Mark Graytok, Onemain, Pennymac Loan Services LLC, Somerset Trust Company, Southwest Credit Systems, Square One Financial, Verizon, DSNB Macy's, West Penn Power, Ronda J. Winnecour, Chapter 13 Trustee, Respondents, | |

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

**AND NOW**, this __10th__ day of __December__, 20 21 , **NOTICE IS HEREBY GIVEN THAT** a *Request for an Expedited Hearing on Motion to Approve Settlement* ("Motion") has been filed in the above-referenced case by **Justin P. Schantz**, Counsel for **Debtor**.

**On** __December 22__, *20*21 *at* 10:00 A M. a hearing has been scheduled before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021 ("Judge Deller's Zoom Procedures")*, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in

**PAWB Local Form 20  (10/16)**

Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

*On or before*  December 20, 2021  , *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee.  In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors.  Movant shall immediately file a certificate of service indicating such service.

Date:    12/10/2021

_____  sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
12/10/21 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 20  (10/16)

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Lance Patrick Alexander

Terri Ann Alexander

    Debtors

Case No. 17-21820-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dpas | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lance Patrick Alexander, Terri Ann Alexander, 114 Bouquet Street, Ligonier, PA 15658-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2021

Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Plaza Home Mortgage Inc. ecfmail@mwc-law.com |
| David A. Colecchia | on behalf of Joint Debtor Terri Ann Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| David A. Colecchia | on behalf of Debtor Lance Patrick Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

Justin P. Schantz
    on behalf of Joint Debtor Terri Ann Alexander jschantz@my-lawyers.us
    colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Lauren Moyer
    on behalf of Creditor Plaza Home Mortgage ecfmail@ecf.courtdrive.com

Maria Miksich
    on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com


TOTAL: 13