UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Lance Patrick Alexander and Terri Ann Alexander, <br>    Debtors, | Bankruptcy No. 17-21820-JAD <br><br> Chapter 13 |
| Terri Lynn Alexander, <br>    Movant, | |
| v. | Related to DD No. 155 <br> Docket No. |
| Americredit Financial Services, PRA Receivables Management LLC, Peoples Natural Gas Company LLC, Plaza Home Mortgage, AT&T Mobility II LLC, Americredit Financial Services, Atlantic Credit & Finance, CACH LLC, Excela Health Medical Group, FrontLine Asset Strategies, LVNV Funding LLC, Latrobe Area Hospital, Mark Graytok, Onemain, Pennymac Loan Services LLC, Somerset Trust Company, Southwest Credit Systems, Square One Financial, Verizon, DSNB Macy's, West Penn Power, Ronda J. Winnecour, Chapter 13 Trustee, | **DEFAULT O/E JAD** |
|     Respondents, | |

## ORDER OF COURT

AND NOW, this \_\_\_\_21st\_\_\_\_ day of \_\_\_\_December\_\_\_\_, 2021, upon consideration of the Debtor's Motion to Approve Settlement, this Court finds the proposed settlement satisfies the standards set forth in <u>Myers v. Martin (In re Martin)</u>, 91 F.3d 389, 393 (3d Cir. 1996). Therefore, it is hereby ORDERED that the Debtor's Motion is GRANTED.

The Settlement agreement between Debtor Terri Alexander and Bayer, providing for a settlement of his personal injury claim in the gross amount of $125,000, is hereby APPROVED.

It is further ORDERED that legal fees for Special Counsel, Motley Rice, LLC, in the amount of $42,500, and costs of $1,422.36, are reasonable under the circumstances and are APPROVED.

It is further ORDERED that the following distributions shall be made from that gross settlement:

1. Payment of legal fees of $42,500 to Motley Rice, LLC.

2. Payment of costs incurred by Motley Rice, LLC of $1,422.36.

3. Withholding of $10,000 by Bayer for payment into the Common Benefit Fund.

4. Payment of $1,378.40 to Motley Rice, LLC for payment of finalized medical liens.

5. All remaining funds to be delivered to counsel for the Debtor, David A. Colecchia and the firm of David A. Colecchia and Associates.

After receipt of the remaining funds, Counsel for the Debtor shall disburse the remaining funds to the following people, in the following order:

   a. $36,775, constituting the Debtor's allowed exemptions, to the Debtor.

   b. All remaining funds sent to the Chapter 13 Trustee, which, after Trustee fees, shall be distributed to timely filed unsecured creditors for a 100% distribution, with any surplus refunded to the Debtor.

It is further ORDERED that Counsel for the Debtor shall file a certification that all funds provided to him were distributed in conformity with this Order.

The Debtor shall serve a copy of this Order on all parties who have entered an appearance on this case or who have filed a Proof of Claim, and shall file a Certificate of Service in conformity therewith.

BY THE COURT:

_____ sjk

Jeffery A. Deller, Judge

FILED
12/21/21 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21820-JAD |
| Lance Patrick Alexander | Chapter 13 |
| Terri Ann Alexander | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Dec 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lance Patrick Alexander, Terri Ann Alexander, 114 Bouquet Street, Ligonier, PA 15658-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Plaza Home Mortgage Inc. ecfmail@mwc-law.com |
| David A. Colecchia | on behalf of Debtor Lance Patrick Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| David A. Colecchia | on behalf of Joint Debtor Terri Ann Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Dec 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Justin P. Schantz
    on behalf of Joint Debtor Terri Ann Alexander jschantz@my-lawyers.us
    colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Justin P. Schantz
    on behalf of Debtor Lance Patrick Alexander jschantz@my-lawyers.us
    colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Maria Miksich
    on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
    on behalf of Creditor Plaza Home Mortgage ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 14