**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/05/2022

IN RE:

| | |
|---|---|
| LANCE PATRICK ALEXANDER<br>TERRI ANN ALEXANDER<br>114 BOUQUET STREET<br>LIGONIER, PA 15658<br>XXX-XX-1255        Debtor(s)<br><br>XXX-XX-1047 | Case No.17-21820 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/5/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6789 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MCCABE WEISBERG & CONWAY LLC (FRMLY L**<br>ATTN. MARISA MYERS COHEN ESQ<br>123 SOUTH BROAD ST STE 1400<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PLAZA HOME MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 5   INT %: 4.00%<br>Court Claim Number: 1<br>CLAIM: 22,795.51<br>COMMENT: 22737.70@4%/PL*DKT | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5338 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 30597<br>LOS ANGELES, CA 90030-0597 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 5/17*FR PLAZA-DOC 45*DKT*LMP DENIED | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8432 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ 07921 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,154.61<br>COMMENT: AMERICREDIT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8141 |
| **ATLANTIC CREDIT & FINANCE INC++**<br>POB 13386<br>ROANOKE, VA 24033-3386 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0463 |
| **EXCELA HEALTH**<br>532 W PITTSBURGH ST<br>GREENSBURG, PA 15601 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8EMG |
| **EXCELA HEALTH**<br>532 W PITTSBURGH ST<br>GREENSBURG, PA 15601 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2EMG |

| Creditor | Trustee Claim / Court Claim / INT % | CRED DESC / Account | Claim / Comment |
|---|---|---|---|
| **FRONTLINE ASSET STRATEGIES LLC**<br>2700 SNELLING AVE N STE 250<br>ROSEVILLE, MN 55113-1783 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5934 | CLAIM: 0.00<br>COMMENT: |
| **LATROBE AREA HOSPITAL**<br>1 MELLON WAY<br>LATROBE, PA 15650 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4503 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **MARK GRAYTOK**<br>2 PINEVIEW PL STE 1<br>235 HUMPHREY RD<br>GREENSBURG, PA 15601 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F WELLS**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6490 | CLAIM: 9,901.69<br>COMMENT: NO LAST PMT DT*RQSTD |
| **SOMERSET TRUST COMPANY**<br>151 WEST MAIN ST<br>SOMERSET, PA 15501 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8813 | CLAIM: 0.00<br>COMMENT: |
| **SOUTHERN CA**<br>2420 PROFESSIONAL<br>ROCKY MOUNT, NC 27804 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4898 | CLAIM: 0.00<br>COMMENT: LATROBE WSTMRLND EMER/SCH |
| **SOUTHWEST CREDIT SYSTEMS***<br>4120 INTERNATIONAL PARKWAY<br>STE 1100<br>CARROLLTON, TX 75007 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 | CLAIM: 0.00<br>COMMENT: COMCAST/SCH |
| **CACH LLC-ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3185 | CLAIM: 562.91<br>COMMENT: 3964/SCH*SYNCHRONY/GEMB/WALMART |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 1,236.69<br>COMMENT: CHG OFF 4/19/2016 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1624 | CLAIM: 74.89<br>COMMENT: 1004/SCH |

| Creditor | Claim Info | Description |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 73.07<br>COMMENT: 1624/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1004 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br><br>NORCROSS, GA 30091 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~VISA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0421 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 152.84<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1481 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 30597<br><br>LOS ANGELES, CA 90030-0597 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 7,811.50<br>COMMENT: CL4GOV*$0/PL*THRU 4/17*FR PLAZA-DOC 45*LMP DENIED | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8432 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 30597<br><br>LOS ANGELES, CA 90030-0597 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:04<br><br>CLAIM: 0.00<br>COMMENT: LMP PMT/DENIED*FR PLAZA-DOC 45*DKT | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8432 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 534.18<br>COMMENT: NT/SCH*CREDIT ONE/FNBM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3754 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV 26554 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 1,506.83<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8171 |
| **CACH LLC-ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 1,799.25<br>COMMENT: ACCT NT/SCH*SYNCHRONY/GEMB/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6789 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: $COE-CONF-PL*BGN 5/19*DK | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3231 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |