# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-21820-JAD |
| Lance Patrick Alexander and | : | Chapter 13 |
| Terri Ann Alexander | : | |
| Debtors, | : | |

## NOTICE OF
## CHANGE OF ADDRESS AND NAME

Undeliverable Address

    Creditor Name:    Square One Financial/ CACH LLC
    Incorrect Address:    P.O. Box 5980
                              Denver, CO 80127

Corrected Address:

    Creditor Name:    Square One Financial/CACH LLC
    Correct Address:    680 Langsdorf Drive, Suite 108
                              Fullerton, CA 92831

Dated: January 9, 2022

/s/David A. Colecchia, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us