## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 17-21820-JAD** |
| **Lance Patrick Alexander and Terri Ann Alexander,** | ) | |
| | ) | **Chapter 13** |
| | ) | |
| Debtor(s). | ) | Related to Docs. #130 and 167 |
| _____X | | |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

□  a motion to dismiss case or certificate of default requesting dismissal

X  a plan modification sought by: <u>Debtor</u>

□  a motion to lift stay
as to creditor _____

X  Other:  <u>Debtor must amend Plan to address receipt of lump sum payment and
address continued Plan funding.</u>

  **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

  **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

□ Chapter 13 Plan dated
X Amended Chapter 13 Plan dated 8/21/2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X  Debtor(s) Plan payments shall be changed from $ 1,281 to
$1,531  per month, effective <u>May 2022; and/or the Plan term shall be changed
from __ months to _ months.</u>     .

-1-

❑  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and  serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑  Debtor(s) shall file and serve _____ on or before _____.

❑  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X  Other: The Office of the Chapter 13 Trustee received $32,924.24, constituting the non-exempt proceeds from settlement of a personal injury claim. The Trustee shall withhold from these proceeds an amount sufficient necessary to pay all unsecured creditors in full, in addition to any percentage fees from such distribution, and shall in accordance with the Order at Doc 160 refund the excess balance of those proceeds to the Debtor Wife.  The Trustee is authorized to make a distribution to unsecured creditors using these funds as soon as practicable. Debtors shall continue to make regular monthly payments, at the new amount, for the balance of time provided for in Debtors' 8/1/2020 Plan.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this __21st__ day of ___April___, 2022

Dated: _____4/21/2022_____

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:                              Stipulated by:

/s/ David A. Colecchia                       /s/ Owen W. Katz
Counsel to Debtor                            Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

FILED
4/21/22 8:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                        Case No. 17-21820-JAD

Lance Patrick Alexander                                                          Chapter 13

Terri Ann Alexander

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                     User: auto                                    Page 1 of 3

Date Rcvd: Apr 21, 2022              Form ID: pdf900                    Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lance Patrick Alexander, Terri Ann Alexander, 114 Bouquet Street, Ligonier, PA 15658-1209 |
| sp | + | Motley Rice LLC, 28 Bridgeside Blvd, Mt. Pleasant, SC 29464-4375 |
| cr | + | Plaza Home Mortgage Inc., 9808 Scranton Rd, Suite 3000, San Diego, CA 92121-3704 |
| 14413348 | | A&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 14413349 | | Atlantic Credit & Finance, 111 Franklin Road, SE, Suite 400, Roanoke, VA 24011-2126 |
| 14413350 | | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 14413353 | | Latrobe Area Hospital, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |
| 14413354 | + | Mark Graytok, 2 Pineview Place, Suite #1, 235 Humphrey Road, Greensburg, PA 15601-4579 |
| 14413356 | | Plaza Home Mortgage/DOVENMU, PennyMac Loan Services, LLC, P. O. Box 30597, Los Angeles, CA 90030-0597 |
| 14413357 | | Somerset Trust Company, 151 Wesst Main Street, Somerset, PA 15501 |
| 14413358 | + | Southern Ca, 2420 Professional Drive, Rocky Mount, NC 27804-2253 |
| 14413360 | + | Square One Financial/CACH LLC, 680 Langsdorf Drive # 108, Fullerton, CA 92831-3702 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 21 2022 23:38:00 | AmeriCredit Financial Services, Inc. d/b/a GM Fina, PO Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2022 23:41:21 | CACH, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: ebnotices@pnmac.com | Apr 21 2022 23:51:56 | Pennymac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361-3027 |
| 14640231 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 21 2022 23:38:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14715227 | + | Email/Text: g20956@att.com | Apr 21 2022 23:38:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14416444 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 21 2022 23:38:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76076-3853 |
| 14694779 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2022 23:41:21 | CACH, LLC its successors and assigns as assignee, of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14413362 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 23:41:50 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, P. O Box 8053, Mason, OH 45040 |
| 14413351 | + | Email/Text: Banko@frontlineas.com | Apr 21 2022 23:38:00 | Frontline Asset Strategies, 2700 Snelling Avenue North, Suite 250, Saint Paul, MN 55113-1783 |
| 14413352 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 21 2022 23:38:00 | GM Financial, P.O. Box 181145, Arlington, TX |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 32

| | | | 76096-1145 |
|---|---|---|---|
| 14694759 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2022 23:41:21 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14660359 | Email/PDF: cbp@onemainfinancial.com | Apr 21 2022 23:41:49 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14413355 | + Email/PDF: cbp@onemainfinancial.com | Apr 21 2022 23:41:19 | OneMain, Attn: Bankruptcy, 601 Northwest 2nd Street, Evansville, IN 47708-1013 |
| 14679821 | Email/PDF: ebnotices@pnmac.com | Apr 21 2022 23:41:37 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 30597, LOS ANGELES, CA 90030-0597 |
| 14413573 | + Email/PDF: rmscedi@recoverycorp.com | Apr 21 2022 23:41:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14660298 | + Email/Text: ebnpeoples@grblaw.com | Apr 21 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14413359 | + Email/Text: bankruptcy@sw-credit.com | Apr 21 2022 23:38:00 | Southwest Credit Systems, 4120 International Parkway Suite 1100, Carrollton, TX 75007-1958 |
| 14413361 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 21 2022 23:38:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Technology Drive Suite 500, Weldon Springs, MO 63304-2225 |
| 14678891 | Email/PDF: ebn_ais@aisinfo.com | Apr 21 2022 23:41:37 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14699531 | + Email/Text: bankruptcy@firstenergycorp.com | Apr 21 2022 23:38:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | \*+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | \*+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | \*+ | Plaza Home Mortgage, 9808 Scranton Rd, Suite 3000, San Diego, CA 92121-3704 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Plaza Home Mortgage Inc. ecfmail@mwc-law.com |
| David A. Colecchia | on behalf of Debtor Lance Patrick Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us |
| David A. Colecchia | on behalf of Joint Debtor Terri Ann Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Justin P. Schantz | on behalf of Joint Debtor Terri Ann Alexander jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us |
| Justin P. Schantz | on behalf of Debtor Lance Patrick Alexander jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Plaza Home Mortgage ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

TOTAL: 13