IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN Re:<br>Lance Patrick Alexander and,<br>Terri Ann Alexander<br>            Debtors, | Case No. 17-21820-JAD<br><br>Chapter 13 |
| Lance Patrick Alexander and,<br>Terri Ann Alexander,<br>            Movants,<br>vs.<br>PennyMac Mortgage,<br>            Respondent, | Related to Document 170, 171<br><br>Docket Document No.<br>Hearing date: August 3, 2022<br>Response Date: July 26, 2022 |

## CERTIFICATE OF SERVICE

I represent that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 14th day of June, 2022, I served a copy of the Order Setting Date For Hearing on Objection to Notice of Mortgage Payment Change dated June 7, 2022 to the below parties by the following method(s):

**Served electronically to the following:**

Jerome B. Blank on behalf of Creditor PennyMac Loan Services, LLC
pawb@fedphe.com

Marisa Myers Cohen on behalf of Creditor Plaza Home Mortgage
ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

David A. Colecchia on behalf of Debtor Lance Patrick Alexander
colecchia542@comcast.net, dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us

David A. Colecchia on behalf of Joint Debtor Terri Ann Alexander
colecchia542@comcast.net, dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us

Celine P. DerKrikorian on behalf of Creditor Plaza Home Mortgage Inc.
ecfmail@mwc-law.com

Mario J. Hanyon on behalf of Creditor PennyMac Loan Services, LLC
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Brian Nicholas on behalf of Creditor PennyMac Loan Services, LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Justin P. Schantz on behalf of Debtor Lance Patrick Alexander
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us

Justin P. Schantz on behalf of Joint Debtor Terri Ann Alexander
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us

Thomas Song on behalf of Creditor PennyMac Loan Services, LLC, pawb@fedphe.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

Executed on: June 14, 2022              /s/Justin P. Schantz
                                        Justin P. Schantz, Esq.
                                        PA I.D. 210198
                                        David A. Colecchia and Associates
                                        324 S. Maple Ave.
                                        Greensburg, PA 15601
                                        724-837-2320
                                        724-837-0602-fax
                                        jschantz@my-lawyers.us