IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN Re:<br>Lance Patrick Alexander and,<br>Terri Ann Alexander<br>      Debtors, | Case No. 17-21820-JAD<br><br>Chapter 13 |
| Lance Patrick Alexander and,<br>Terri Ann Alexander,<br>      Movants,<br>vs.<br>PennyMac Mortgage,<br>      Respondent, | Related to Proof of Claim No. 4<br>Related to DD No. 170 and 177 |

**STIPULATION WITHDRAWING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

AND NOW the Debtors Lance and Terri Alexander and Respondent PennyMac Mortgage, through their respective counsel file the within Stipulation withdrawing the Debtors' Objection to Notice of Mortgage Payment Change. In support of said stipulation, the parties agree to the following:

1) This stipulation relates to the Debtor's Objection to PennyMac's Notice of Mortgage Payment change filed June 7, 2022.

2) After discussion between Counsel for the Debtors and Counsel for the Respondent, the Debtors and Respondent have resolved all the issues noted in the Debtors' Objection.

3) To that end, the Debtors and Respondent agree there is no longer a need for Court intervention concerning said Notice.

4) The Debtors and Respondent also agree that the Debtors will withdraw their Objection to the pending Notice of Mortgage Payment Change.

5) The Debtors and Respondent also agree that the hearing on Debtors'

Objection, currently scheduled for August 31, 2022, should be canceled.

6) The Debtors and Respondent also agree that, in order to address the Notice, the Debtor shall either file an Amended Plan, or in the alternative file an agreed-upon stipulation amending the Debtors' Chapter 13 Plan, on or before August 31, 2022.

WHEREFORE, the Debtors and Respondent respectfully request this Court approve the attached order approving the substantive terms of this stipulation between the parties.

Dated: August 23, 2022

By:    /s/ David A. Colecchia
David A. Colecchia, Esquire
Law Care
324 S. Maple Ave.
Greensburg, PA 15601-3219
(724) 837-2320
PA ID No. 71830
dcolecchia@my-lawyers.us


**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
Attorneys for Respondent

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN Re:<br>Lance Patrick Alexander and,<br>Terri Ann Alexander<br>　　　　Debtors, | Case No. 17-21820-JAD<br><br>Chapter 13 |
| Lance Patrick Alexander and,<br>Terri Ann Alexander,<br>　　　　Movants,<br>vs.<br>PennyMac Mortgage,<br>　　　　Respondent, | Related to Proof of Claim No. 4<br>Related to DD No. 170 and 177 |

**ORDER OF COURT**

AND NOW, upon consideration of the Debtors' Objection to Notice of Mortgage Payment Change, and after review of the stipulation between the Debtors and Respondent PennyMac Mortgage, the Court ORDERS as follows:

1. The stipulation between the Debtors and Respondent is APPROVED.

2. The Debtors' Objection to Notice of Mortgage Payment Change is hereby DENIED AS WITHDRAWN.

3. The Debtors shall file an Amended Chapter 13 Plan, or in the alternative a stipulated proposed order amending their Chapter 13 Plan, on or before August 31, 2022.

4. The hearing on Debtors' Objection scheduled for August 31, 2022 is hereby CANCELED.

BY THE COURT:

Dated: 8/24/2022

_____ sjk

Jeffery A. Deller, Judge

FILED
8/24/22 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21820-JAD |
| Lance Patrick Alexander | Chapter 13 |
| Terri Ann Alexander | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lance Patrick Alexander, Terri Ann Alexander, 114 Bouquet Street, Ligonier, PA 15658-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Plaza Home Mortgage Inc. ecfmail@mwc-law.com |
| David A. Colecchia | on behalf of Debtor Lance Patrick Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us |
| David A. Colecchia | on behalf of Joint Debtor Terri Ann Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Justin P. Schantz
    on behalf of Joint Debtor Terri Ann Alexander jschantz@my-lawyers.us
    colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us

Justin P. Schantz
    on behalf of Debtor Lance Patrick Alexander jschantz@my-lawyers.us
    colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us

Mario J. Hanyon
    on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
    on behalf of Creditor Plaza Home Mortgage ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 14