IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN Re:<br>Lance Patrick Alexander and,<br>Terri Ann Alexander<br>       Debtors, | Case No. 17-21820-JAD<br><br>Chapter 13 |
| Lance Patrick Alexander and,<br>Terri Ann Alexander,<br>       Movants,<br>vs.<br>Ronda J. Winnecour Chapter 13<br>Trustee,<br>       Respondent, | Related to DD No. 184, 185<br>Docket Document No. 186 |

**STATUS REPORT RE: CERTIFICATE OF DEFAULT**

AND NOW the Debtors Lance and Terri Alexander, through attorney David A. Coleechia, Esq., file the within Status Report concerning the Trustee's Certification of Default.

1) This Status Report relates to the Trustee's Certificate of Default filed at DD No. 184.

2) After discussion between Debtors and Counsel, the Debtors have determined that they are unable to file an Amended Plan or proposed Notice to Cure Plan Default.

3) The Debtors also cannot dispute the Plan is in default.

4) Instead, the Debtors will be filing a Motion for a Hardship Discharge later today.

5) However, since such a Motion is not one of the designated responses available for a default, the Debtors believed it prudent to file the within Status Report to alert the Court as to the current circumstances and inability to respond absent a Motion for Hardship Discharge, and to indicate the Debtors are not willfully ignoring this Court's Orders.

    6)  Counsel for the Debtor intends to file, self-schedule, and serve the Motion for Hardship Discharge later today.

    WHEREFORE, the Debtors so Report.

Dated: May 11, 2023

            By:  /s/ David A. Colecchia
                David A. Colecchia, Esquire
                Law Care
                324 S. Maple Ave.
                Greensburg, PA 15601-3219
                (724) 837-2320
                PA ID No. 71830
                dcolecchia@my-lawyers.us