UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Lance Patrick Alexander and Terri Ann Alexander, <br><br> Debtors, | Case Number 17-21820-JAD <br><br> Chapter 13 |
| Lance Patrick Alexander and Terri Ann Alexander, <br><br> Movants, <br><br> v. <br><br> No Respondents, | Related to Document No 187, 188 <br> Document No. 189 <br><br> Response Date: May 29, 2023 <br> Hearing Date: June 7, 2023 at 11:00 AM, Zoom. |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION FOR A HARDSHIP DISCHARGE**

The undersigned hereby certifies that, as of May 31, 2023 no answer, objection, or other responsive pleading to Debtors' Motion for a Hardship Discharge filed at Docket Document 187 and served on May 11, 2023 has been received. The undersigned further certifies that the Court's Docket in this case was reviewed May 31, 2023 at approximately 1:27 PM and no answer to it appears thereon. Pursuant to the Order Setting Hearing filed on May 11, 2023 at Docket Document No.188 objections to the Debtors' Motion for a Hardship Discharge were to be filed and served no later than May 29, 2023. It is hereby respectfully requested that the Proposed Order of Court filed at Docket Document 187 is granted.

Dated: May 31, 2023

By:  /s/ David A. Colecchia
David A. Colecchia, Esquire
Law Care
324 S. Maple Ave.
Greensburg, PA 15601-3219
(724) 837-2320
(724)837-0602
PA ID No. 71830
dcolecchia@my-lawyers.us