IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN Re:<br>Lance Patrick Alexander and,<br>Terri Ann Alexander<br>　　　　Debtors, | Case No. 17-21820-JAD<br><br>Chapter 13 |
| Lance Patrick Alexander and,<br>Terri Ann Alexander,<br>　　　　Movants,<br>vs.<br>Ronda J. Winnecour Chapter 13 Trustee,<br>GM Financial, Peoples Natural Gas<br>Company LLC, Onemain, Pennymac Loan<br>Services LLC, Verizon, LVNV Funding<br>LLC, CACH LLC, West Penn Power, AT&T<br>Mobility II LLC,<br>　　　　Respondent, | Related to DD No. 187<br>Docket Document No.<br><br>**DEFAULT O/E JAD** |

## ORDER OF COURT

AND NOW, this ____31st____ day of ____May____, 2022, upon consideration of the Debtors' Motion for Hardship Discharge, this Court finds that the Debtors are eligible for a discharge pursuant to 11 USC §1328(b). Therefore, Debtors' Motion for a Hardship Discharge is GRANTED.

A separate order shall be entered setting forth the conditions and effects of the discharge, setting deadlines to object to the dischargeability of any debt, and setting forth any other procedures this Court finds just and proper.

BY THE COURT:

_____ sjk
Jeffery A. Deller, Judge
United States Bankruptcy Court

FILED
5/31/23 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21820-JAD |
| Lance Patrick Alexander | Chapter 13 |
| Terri Ann Alexander | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 31, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lance Patrick Alexander, Terri Ann Alexander, 114 Bouquet Street, Ligonier, PA 15658-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | |
| | on behalf of Creditor Plaza Home Mortgage Inc. ecfmail@mwc-law.com |
| David A. Colecchia | |
| | on behalf of Debtor Lance Patrick Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| David A. Colecchia | |
| | on behalf of Joint Debtor Terri Ann Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Jerome B. Blank | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: May 31, 2023 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com

Justin P. Schantz
    on behalf of Joint Debtor Terri Ann Alexander jschantz@my-lawyers.us
    colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Justin P. Schantz
    on behalf of Debtor Lance Patrick Alexander jschantz@my-lawyers.us
    colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Mario J. Hanyon
    on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
    on behalf of Creditor Plaza Home Mortgage ecfmail@mwc-law.com  mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 13