UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  LANCE PATRICK ALEXANDER<br>TERRI ANN ALEXANDER<br>        Debtor(s)<br> Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>  LANCE PATRICK ALEXANDER<br>TERRI ANN ALEXANDER<br><br>      Respondents | Case No.17-21820JAD<br><br><br><br>Chapter 13<br><br><br>Related to<br>Document No. 191 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this **1st** day of **June**, 20**23**, it is hereby ORDERED, ADJUDGED, and DECREED that,

Commonwealth Of Pa Dept Of Labor & Industry (Emp)
Office Of Unemployment Compensation Benefits**
Attn Wage Attachments
651 Boas St
Harrisburg,PA 17121

is hereby ordered to immediately terminate the attachment of the wages of LANCE PATRICK ALEXANDER, social security number XXX-XX-1255. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LANCE PATRICK ALEXANDER.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

FILED
6/1/23 9:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21820-JAD |
| Lance Patrick Alexander | Chapter 13 |
| Terri Ann Alexander | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Lance Patrick Alexander, Terri Ann Alexander, 114 Bouquet Street, Ligonier, PA 15658-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Plaza Home Mortgage Inc. ecfmail@mwc-law.com |
| David A. Colecchia | on behalf of Debtor Lance Patrick Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| David A. Colecchia | on behalf of Joint Debtor Terri Ann Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Jerome B. Blank | |

District/off: 0315-2        User: auto        Page 2 of 2

Date Rcvd: Jun 01, 2023        Form ID: pdf900        Total Noticed: 1

on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com

Justin P. Schantz
on behalf of Joint Debtor Terri Ann Alexander jschantz@my-lawyers.us
colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Justin P. Schantz
on behalf of Debtor Lance Patrick Alexander jschantz@my-lawyers.us
colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Mario J. Hanyon
on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
on behalf of Creditor Plaza Home Mortgage ecfmail@mwc-law.com mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

TOTAL: 13