# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>LANCE PATRICK ALEXANDER<br>TERRI ANN ALEXANDER<br>           Debtor(s)<br><br>Ronda J. Winnecour<br>           Movant<br>      vs.<br>No Respondents. | Case No.:17-21820 JAD<br><br>Chapter 13<br><br>Document No.: |

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR UNDER 1328(b) AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in the Chapter 13 Case. The Court has separately ruled that a discharge under Section 1328(b) should be granted.

3. Attached hereto please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

WHEREFORE, the Trustee respectfully requests that the Court,

(a) Approve the Trustee's Report of Receipts and Disbursements,
(b) Revest property of the estate with the debtor(s),
(c) Terminate wage attachments, and
(d) Enter a final decree and close this case.

6/27/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 04/28/2017 and confirmed on 9/29/17 . The case was subsequently (GD)DISCHARGED UNDER 11 USC 1328(B)$ TO DEBTOR

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 101,544.24 |
| Less Refunds to Debtor | 16,242.76 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,301.48 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,979.00 | |
|   Trustee Fee | 3,570.42 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,549.42 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 35,301.58 | 0.00 | 35,301.58 |
|     Acct: 8432 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8432 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 7,811.50 | 0.00 | 0.00 | 0.00 |
|     Acct: 8432 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 22,795.51 | 21,752.26 | 2,519.63 | 24,271.89 |
|     Acct: 5338 | | | | |
| | | | | 59,573.47 |
| **Priority** | | | | |
|   DAVID A COLECCHIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LANCE PATRICK ALEXANDER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRI ANN ALEXANDER | 16,242.76 | 16,242.76 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A COLECCHIA ESQ | 3,979.00 | 3,979.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A COLECCHIA ESQ | 1,500.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A COLECCHIA ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 1,980.88 | 0.00 | 1,980.88 |
|     Acct: 3231 | | | | |
| | | | | 1,980.88 |
| **Unsecured** | | | | |
|   AT & T MOBILITY II LLC | 2,154.61 | 2,154.61 | 0.00 | 2,154.61 |
|     Acct: 8141 | | | | |
|   ATLANTIC CREDIT & FINANCE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0463 | | | | |
|   EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8EMG | | | | |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2EMG | | | | |
| FRONTLINE ASSET STRATEGIES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5934 | | | | |
| LATROBE AREA HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4503 | | | | |
| MARK GRAYTOK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F V | 9,901.69 | 9,901.69 | 0.00 | 9,901.69 |
| Acct: 6490 | | | | |
| SOMERSET TRUST COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8813 | | | | |
| SOUTHERN CA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4898 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0007 | | | | |
| CACH LLC-ASSIGNEE | 562.91 | 562.91 | 0.00 | 562.91 |
| Acct: 3185 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 1,236.69 | 1,236.69 | 0.00 | 1,236.69 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 74.89 | 74.89 | 0.00 | 74.89 |
| Acct: 1624 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 73.07 | 73.07 | 0.00 | 73.07 |
| Acct: 1004 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0421 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 152.84 | 152.84 | 0.00 | 152.84 |
| Acct: 1481 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 534.18 | 534.18 | 0.00 | 534.18 |
| Acct: 3754 | | | | |
| WEST PENN POWER* | 1,506.83 | 1,506.83 | 0.00 | 1,506.83 |
| Acct: 8171 | | | | |
| CACH LLC-ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6789 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6789 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 16,197.71 |

TOTAL PAID TO CREDITORS                                                                77,752.06

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 30,607.01 |
| UNSECURED | 16,197.71 |

Date: 06/27/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    LANCE PATRICK ALEXANDER
    TERRI ANN ALEXANDER
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-21820 JAD
Chapter 13

Document #_____

## ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor under 1328(b) and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED**, **ADJUDGED** and **DECREED**, as follows:

(1) Property of the estate revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

(2) Each and every creditor is bound by the provision of the plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employers.

(4) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE