**Form 156**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

199 − 190

In re:

Bankruptcy Case No.: 17−21820−JAD
Related to Doc. #190
Chapter: 13

**Lance Patrick Alexander**
Debtor(s)

Terri Ann Alexander
fka Terri Ann Dean, fka Terri Ann Lytle

**ORDER FIXING DEADLINE TO FILE COMPLAINTS**
**OBJECTING TO THE DISCHARGEABILITY OF ANY DEBT**

**Last Day to File Complaints is 8/28/23.**

   **AND NOW,** this The 29th of June, 2023, upon consideration of the Debtor's Motion for Hardship Discharge pursuant to 11 U.S.C. §1328(b), and after a hearing on notice to the Trustee and it preliminarily appearing to the Court that the elements of such form of discharge have been met, it is hereby **ORDERED** as follows:

 1. Complaints to determine the dischargeability of any debts pursuant to 11 U.S.C. §523(c), shall be filed not later than sixty days from the date of this Order.

 2. The Clerk shall give a minimum of thirty days notice of the foregoing deadline to all parties in interest through service of a copy of this Order.

 3. Upon expiration of the foregoing deadline and in the absence of the filing of any such Complaints, the Clerk shall forthwith grant the discharge pursuant to §1328(b).

BY THE COURT

Jeffery A. Deller
Judge

cm: All Parties

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 17-21820-JAD

Lance Patrick Alexander                                                          Chapter 13

Terri Ann Alexander

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: auto       Page 1 of 3
Date Rcvd: Jun 29, 2023       Form ID: 156       Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lance Patrick Alexander, Terri Ann Alexander, 114 Bouquet Street, Ligonier, PA 15658-1209 |
| sp | + | Motley Rice LLC, 28 Bridgeside Blvd, Mt. Pleasant, SC 29464-4375 |
| cr | + | Plaza Home Mortgage Inc., 9808 Scranton Rd, Suite 3000, San Diego, CA 92121-3704 |
| 14413348 | | A&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 14413349 | | Atlantic Credit & Finance, 111 Franklin Road, SE, Suite 400, Roanoke, VA 24011-2126 |
| 14413350 | | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 14413353 | | Latrobe Area Hospital, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |
| 14413354 | + | Mark Graytok, 2 Pineview Place, Suite #1, 235 Humphrey Road, Greensburg, PA 15601-4579 |
| 14413356 | | Plaza Home Mortgage/DOVENMU, PennyMac Loan Services, LLC, P. O. Box 30597, Los Angeles, CA 90030-0597 |
| 14413357 | | Somerset Trust Company, 151 Wesst Main Street, Somerset, PA 15501 |
| 14413358 | + | Southern Ca, 2420 Professional Drive, Rocky Mount, NC 27804-2253 |
| 14413360 | + | Square One Financial/CACH LLC, 680 Langsdorf Drive # 108, Fullerton, CA 92831-3702 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 30 2023 00:26:00 | AmeriCredit Financial Services, Inc. d/b/a GM Fina, PO Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 00:41:15 | CACH, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: ebnotices@pnmac.com | Jun 30 2023 00:41:43 | Pennymac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361-3027 |
| 14640231 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 30 2023 00:26:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14715227 | + | Email/Text: g20956@att.com | Jun 30 2023 00:27:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14416444 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 30 2023 00:26:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14694779 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 00:41:15 | CACH, LLC its successors and assigns as assignee, of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14413362 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2023 00:41:22 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, P. O Box 8053, Mason, OH 45040 |
| 14413351 | + | Email/Text: Banko@frontlineas.com | Jun 30 2023 00:27:00 | Frontline Asset Strategies, 2700 Snelling Avenue North, Suite 250, Saint Paul, MN 55113-1783 |
| 14413352 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 30 2023 00:26:00 | GM Financial, P.O. Box 181145, Arlington, TX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14694759 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 00:41:22 | 76096-1145 LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14660359 | | Email/PDF: cbp@omf.com | Jun 30 2023 00:54:46 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14413355 | + | Email/PDF: cbp@omf.com | Jun 30 2023 00:41:36 | OneMain, Attn: Bankruptcy, 601 Northwest 2nd Street, Evansville, IN 47708-1013 |
| 14679821 | | Email/PDF: ebnotices@pnmac.com | Jun 30 2023 00:41:44 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 30597, LOS ANGELES, CA 90030-0597 |
| 14413573 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 30 2023 00:41:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14660298 | + | Email/Text: ebnpeoples@grblaw.com | Jun 30 2023 00:26:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14413359 | + | Email/Text: bankruptcy@sw-credit.com | Jun 30 2023 00:26:00 | Southwest Credit Systems, 4120 International Parkway Suite 1100, Carrollton, TX 75007-1958 |
| 14413361 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 30 2023 00:26:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Technology Drive Suite 500, Weldon Springs, MO 63304-2225 |
| 14678891 | | Email/PDF: ebn_ais@aisinfo.com | Jun 30 2023 00:41:40 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14699531 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 30 2023 00:27:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Plaza Home Mortgage, 9808 Scranton Rd, Suite 3000, San Diego, CA 92121-3704 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| | |
|---|---|
| District/off: 0315-2 | User: auto |
| Date Rcvd: Jun 29, 2023 | Form ID: 156 |

Page 3 of 3

Total Noticed: 32

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Plaza Home Mortgage Inc. ecfmail@mwc-law.com |
| David A. Colecchia | on behalf of Debtor Lance Patrick Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com |
| David A. Colecchia | on behalf of Joint Debtor Terri Ann Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Justin P. Schantz | on behalf of Joint Debtor Terri Ann Alexander jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Justin P. Schantz | on behalf of Debtor Lance Patrick Alexander jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Plaza Home Mortgage ecfmail@mwc-law.com  mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |

TOTAL: 13