IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Lance Patrick Alexander and<br>Terri Ann Alexander,<br>        Debtors, | Bankruptcy No. 17-21820-JAD |
| Lance Patrick Alexander and<br>Terri Ann Alexander,<br>        Movants,<br>  v. | Chapter 13 |
| No Respondents, | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has not made all payments required by the Chapter 13 Plan. However, this Court issued an Order at Document No. 190 determining the Debtors are eligible for a hardship discharge.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On July 14, 2023, at docket numbers 201 and 202, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by undersigned Counsel who duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: August 31, 2023            By:    /s/ Justin P. Schantz, Esquire
                                                                        Justin P. Schantz
                                                                         324 South Maple Avenue
                                                                         Greensburg, PA 15601
                                                                         jschantz@my-lawyers.us
                                                                          724-837-2320
                                                                          724-837-0602(fax)
                                                                          PA 210198

**PAWB Local Form 24 (07/13)**