**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lance Patrick Alexander<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1255<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Terri Ann Alexander<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1047<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17–21820–JAD

## Order of Discharge                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Lance Patrick Alexander

Terri Ann Alexander
fka Terri Ann Dean, fka Terri Ann Lytle

9/5/23

**By the court:**   Jeffery A. Deller
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

**For more information, see page 2 >**

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-21820-JAD
Lance Patrick Alexander  Chapter 13
Terri Ann Alexander
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Sep 05, 2023  Form ID: 3180WH  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lance Patrick Alexander, Terri Ann Alexander, 114 Bouquet Street, Ligonier, PA 15658-1209 |
| sp | + | Motley Rice LLC, 28 Bridgeside Blvd, Mt. Pleasant, SC 29464-4399 |
| cr | + | Plaza Home Mortgage Inc., 9808 Scranton Rd, Suite 3000, San Diego, CA 92121-3704 |
| 14413348 | | A&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 14413349 | | Atlantic Credit & Finance, 111 Franklin Road, SE, Suite 400, Roanoke, VA 24011-2126 |
| 14413350 | | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 14413353 | | Latrobe Area Hospital, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |
| 14413354 | + | Mark Graytok, 2 Pineview Place, Suite #1, 235 Humphrey Road, Greensburg, PA 15601-4579 |
| 14413356 | | Plaza Home Mortgage/DOVENMU, PennyMac Loan Services, LLC, P. O. Box 30597, Los Angeles, CA 90030-0597 |
| 14413357 | | Somerset Trust Company, 151 Wesst Main Street, Somerset, PA 15501 |
| 14413358 | + | Southern Ca, 2420 Professional Drive, Rocky Mount, NC 27804-2253 |
| 14413360 | + | Square One Financial/CACH LLC, 680 Langsdorf Drive # 108, Fullerton, CA 92831-3702 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 06 2023 06:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2023 02:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 06 2023 06:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2023 02:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Sep 06 2023 06:22:00 | AmeriCredit Financial Services, Inc. d/b/a GM Fina, PO Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2023 02:30:27 | CACH, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: ebnotices@pnmac.com | Sep 06 2023 02:30:32 | Pennymac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361-3027 |
| 14640231 | | EDI: PHINAMERI.COM | Sep 06 2023 06:22:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14715227 | + | EDI: CINGMIDLAND.COM | Sep 06 2023 06:22:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, |

Case 17-21820-JAD    Doc 208    Filed 09/07/23    Entered 09/08/23 00:27:13    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2023 | Form ID: 3180WH | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BEDMINSTER, NJ. 07921-2693 |
| 14416444 | + | EDI: PHINAMERI.COM | Sep 06 2023 06:22:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14694779 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2023 02:30:27 | CACH, LLC its successors and assigns as assignee, of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14413362 | + | EDI: CITICORP.COM | Sep 06 2023 06:22:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, P. O Box 8053, Mason, OH 45040 |
| 14413351 | + | Email/Text: Banko@frontlineas.com | Sep 06 2023 02:29:00 | Frontline Asset Strategies, 2700 Snelling Avenue North, Suite 250, Saint Paul, MN 55113-1783 |
| 14413352 | + | EDI: PHINAMERI.COM | Sep 06 2023 06:22:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 14694759 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2023 02:30:27 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14660359 | | EDI: AGFINANCE.COM | Sep 06 2023 06:22:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14413355 | + | EDI: AGFINANCE.COM | Sep 06 2023 06:22:00 | OneMain, Attn: Bankruptcy, 601 Northwest 2nd Street, Evansville, IN 47708-1013 |
| 14679821 | | Email/PDF: ebnotices@pnmac.com | Sep 06 2023 02:30:32 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 30597, LOS ANGELES, CA 90030-0597 |
| 14413573 | + | EDI: RECOVERYCORP.COM | Sep 06 2023 06:22:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14660298 | + | Email/Text: ebnpeoples@grblaw.com | Sep 06 2023 02:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14413359 | + | Email/Text: bankruptcy@sw-credit.com | Sep 06 2023 02:28:00 | Southwest Credit Systems, 4120 International Parkway Suite 1100, Carrollton, TX 75007-1958 |
| 14413361 | + | EDI: VERIZONCOMB.COM | Sep 06 2023 06:22:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Technology Drive Suite 500, Weldon Springs, MO 63304-2225 |
| 14678891 | | EDI: AIS.COM | Sep 06 2023 06:22:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14699531 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 06 2023 02:29:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Plaza Home Mortgage, 9808 Scranton Rd, Suite 3000, San Diego, CA 92121-3704 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 05, 2023 | Form ID: 3180WH | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2023 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com

Celine P. DerKrikorian
on behalf of Creditor Plaza Home Mortgage Inc. ecfmail@mwc-law.com

David A. Colecchia
on behalf of Debtor Lance Patrick Alexander colecchia542@comcast.net
dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com

David A. Colecchia
on behalf of Joint Debtor Terri Ann Alexander colecchia542@comcast.net
dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com

Jerome B. Blank
on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Justin P. Schantz
on behalf of Joint Debtor Terri Ann Alexander jschantz@my-lawyers.us
colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Justin P. Schantz
on behalf of Debtor Lance Patrick Alexander jschantz@my-lawyers.us
colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Mario J. Hanyon
on behalf of Creditor Pennymac Loan Services  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
on behalf of Creditor Plaza Home Mortgage ecfmail@mwc-law.com  mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 13