**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LANCE PATRICK ALEXANDER
    TERRI ANN ALEXANDER
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-21820 JAD
Chapter 13

Related to ECF 198

**DEFAULT O/E JAD**

## ORDER OF COURT

AND NOW, this 5th day of September, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor under 1328(b) and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED**, **ADJUDGED** and **DECREED**, as follows:

(1) Property of the estate revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

(2) Each and every creditor is bound by the provision of the plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employers.

(4) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
9/5/23 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-21820-JAD

Lance Patrick Alexander  Chapter 13

Terri Ann Alexander

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Sep 05, 2023      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lance Patrick Alexander, Terri Ann Alexander, 114 Bouquet Street, Ligonier, PA 15658-1209 |
| sp | + | Motley Rice LLC, 28 Bridgeside Blvd, Mt. Pleasant, SC 29464-4399 |
| cr | + | Plaza Home Mortgage Inc., 9808 Scranton Rd, Suite 3000, San Diego, CA 92121-3704 |
| 14413348 | | A&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 14413349 | | Atlantic Credit & Finance, 111 Franklin Road, SE, Suite 400, Roanoke, VA 24011-2126 |
| 14413350 | | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 14413353 | | Latrobe Area Hospital, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |
| 14413354 | + | Mark Graytok, 2 Pineview Place, Suite #1, 235 Humphrey Road, Greensburg, PA 15601-4579 |
| 14413356 | | Plaza Home Mortgage/DOVENMU, PennyMac Loan Services, LLC, P. O. Box 30597, Los Angeles, CA 90030-0597 |
| 14413357 | | Somerset Trust Company, 151 Wesst Main Street, Somerset, PA 15501 |
| 14413358 | + | Southern Ca, 2420 Professional Drive, Rocky Mount, NC 27804-2253 |
| 14413360 | + | Square One Financial/CACH LLC, 680 Langsdorf Drive # 108, Fullerton, CA 92831-3702 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 06 2023 02:28:00 | AmeriCredit Financial Services, Inc. d/b/a GM Fina, PO Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2023 02:30:37 | CACH, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/PDF: ebnotices@pnmac.com | Sep 06 2023 02:30:32 | Pennymac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361-3027 |
| 14640231 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 06 2023 02:28:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14715227 | + | Email/Text: g20956@att.com | Sep 06 2023 02:29:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14416444 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 06 2023 02:28:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14694779 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2023 02:30:27 | CACH, LLC its successors and assigns as assignee, of Synchrony Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14413362 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2023 02:30:27 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, P. O Box 8053, Mason, OH 45040 |
| 14413351 | + | Email/Text: Banko@frontlineas.com | Sep 06 2023 02:29:00 | Frontline Asset Strategies, 2700 Snelling Avenue North, Suite 250, Saint Paul, MN 55113-1783 |
| 14413352 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 06 2023 02:28:00 | GM Financial, P.O. Box 181145, Arlington, TX |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 76096-1145 |
| 14694759 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2023 02:30:27 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14660359 | | Email/PDF: cbp@omf.com | Sep 06 2023 02:30:37 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14413355 | + | Email/PDF: cbp@omf.com | Sep 06 2023 02:30:37 | OneMain, Attn: Bankruptcy, 601 Northwest 2nd Street, Evansville, IN 47708-1013 |
| 14679821 | | Email/PDF: ebnotices@pnmac.com | Sep 06 2023 02:30:27 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 30597, LOS ANGELES, CA 90030-0597 |
| 14413573 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 06 2023 02:30:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14660298 | + | Email/Text: ebnpeoples@grblaw.com | Sep 06 2023 02:28:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14413359 | + | Email/Text: bankruptcy@sw-credit.com | Sep 06 2023 02:28:00 | Southwest Credit Systems, 4120 International Parkway Suite 1100, Carrollton, TX 75007-1958 |
| 14413361 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 06 2023 02:28:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Technology Drive Suite 500, Weldon Springs, MO 63304-2225 |
| 14678891 | | Email/PDF: ebn_ais@aisinfo.com | Sep 06 2023 02:30:37 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14699531 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 06 2023 02:29:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Plaza Home Mortgage, 9808 Scranton Rd, Suite 3000, San Diego, CA 92121-3704 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2023　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Plaza Home Mortgage Inc. ecfmail@mwc-law.com |
| David A. Colecchia | on behalf of Debtor Lance Patrick Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com |
| David A. Colecchia | on behalf of Joint Debtor Terri Ann Alexander colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Justin P. Schantz | on behalf of Joint Debtor Terri Ann Alexander jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Justin P. Schantz | on behalf of Debtor Lance Patrick Alexander jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| Mario J. Hanyon | on behalf of Creditor Pennymac Loan Services LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Plaza Home Mortgage ecfmail@mwc-law.com mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |

TOTAL: 13