# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lance Patrick Alexander**<br>    **Terri Ann Alexander  fka Terri**<br>**Ann Dean fka Terri Ann Lytle**<br>                    Debtor(s) | **BK NO. 17-21820 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 4** |
| **PENNYMAC LOAN SERVICES, LLC**<br>                    Movant<br>        vs. | |
| **Lance Patrick Alexander**<br>**Terri Ann Alexander  fka Terri Ann Dean**<br>**fka Terri Ann Lytle**<br>                    Debtor(s) | |
| **Rhonda J. Winnecour**,<br>Trustee | |

## CERTIFICATE OF SERVICE OF
## NOTICE OF PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on 06/07/2021, I caused to be served the above captioned pleading on the parties at the addresses shown below in the manner indicated:

Debtor(s)
Lance Patrick Alexander
114 Bouquet Street
Ligonier, PA 15658

Terri Ann Alexander  fka Terri Ann Dean fka Terri Ann Lytle
114 Bouquet Street
Ligonier, PA 15658
VIA Regular Mail

Attorney for Debtor(s)
David A. Colecchia, Esq.
Law Care
324 S. Maple Ave.
Greensburg, PA 15601
VIA ECF

Trustee
Rhonda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
VIA ECF

Method of Service:  electronic means or first class mail

Dated:06/07/2021

/s/ **Brian C. Nicholas, Esq.**
Brian C. Nicholas, Esq. (317240)
Maria D. Miksich, Esq. (319383)
Rebecca A. Solarz, Esq. (315936)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com