## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Terri Ann Alexander fka Terri Ann Dean fka Terri Ann Lytle**<br>**Lance Patrick Alexander**<br>**Debtor(s)** | **BK NO. 17-21820 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 4** |
| **PENNYMAC LOAN SERVICES, LLC**<br>**Movant**<br>**vs.** | |
| **Terri Ann Alexander fka Terri Ann Dean fka Terri Ann Lytle**<br>**Lance Patrick Alexander**<br>**Debtor(s)** | |
| **Rhonda J. Winnecour,**<br>**Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 11, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Terri Ann Alexander fka Terri Ann Dean fka Terri
Ann Lytle
114 Bouquet Street
Ligonier, PA 15658

Lance Patrick Alexander
114 Bouquet Street
Ligonier, PA 15658

Attorney for Debtor(s)
David A. Colecchia,, Esq.
Law Care
324 S. Maple Ave.
Greensburg, PA 15601

Trustee
Rhonda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: May 11, 2023

/s/Brian C. Nicholas Esquire
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com